United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: April 29, 2015
Docket #: 15-856mv
Short Title: Vincent v. The Money Store

DC Docket #: 11-cv-7685
DC Court: SDNY (NEW YORK CITY)
DC Judge: Koeltl
DC Judge: Ellis

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A motion for leave to appeal filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, May 5, 2015.

Inquiries regarding this case may be directed to 212-857-8595.