S.D.N.Y.-N.Y.C.
11-cv-7685
Koeltl, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand fifteen.

Present:
> John M. Walker, Jr.,
> Gerard E. Lynch,
> Raymond J. Lohier, Jr.,
> > *Circuit Judges*.

Linda U. Garrido, John Garrido,

> *Petitioners*,

v.  15-856

The Money Store, et al.,

> *Respondents*.

Petitioners move, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's order denying Petitioners' motion for class certification. Respondents move to dismiss. Upon due consideration, it is hereby ORDERED that the motion to dismiss is GRANTED and the petition is DENIED because the petition was filed more than 14 days after entry of the district court's order. *See* Fed. R. Civ. P. 23(f).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

